# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WEST COAST STRUCTURES, INC., et al.,<br><br>Defendants. | Case No. ED CV 18-490-JGB (SPx)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the Report and Recommendation of the United States Magistrate Judge Concerning Defendants' Compliance with Audit Order. No objections to the Report and Recommendation have been filed within the time allowed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that defendants West Coast Structures, Inc. and Brian Skajem shall promptly provide plaintiff's auditor with direct access to their employer records and otherwise fully comply with this Court's July 5, 2018

Order Granting Plaintiff's Motion for Interlocutory Order for Accounting. Defendants are further ordered to pay monetary sanctions to plaintiff in the total amount of $6,960.20.

DATED: December 21, 2018

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE