# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>  vs.<br><br>WEST COAST STRUCTURES, INC., a California corporation dba WESTERN STRUCTURES; BRIAN MATHEW SKAJEM, an individual,<br><br>                    Defendants. | Case No.: 5:18-cv- 00490 JGB (SPx)<br><br>[Hon. Jesus G. Bernal]<br><br>[~~PROPOSED~~]<br>**ORDER TO SHOW CAUSE RE: CONTEMPT AND VACATING CIVIL TRIAL SCHEDULING ORDER**<br><br>Hearing Date: July 8, 2019<br>Time: 11:00 a.m.<br>Courtroom: 1<br><br>3470 Twelfth Street,<br>Riverside, CA 92501-3801 |

-1-

On July 5, 2018, this Court issued an Order Granting Plaintiff's Interlocutory Order for Accounting and ordered Defendants to produce a list of documents for an audit. ("Audit Order") [Docket No. 24]. The Audit Order also ordered Defendant Brian Mathew Skajem to personally appear at a hearing before Magistrate Judge Sheri Pym regarding Defendants' compliance with the audit. After twos hearings and numerous opportunities to comply with the Audit Order, Magistrate Pym issued her Report and Recommendation on November 16, 2018 ("Sanctions Order), finding that Defendants had <u>not</u> complied with the Audit Order, and recommended that the District Court: (1) order Defendants to provide Plaintiff's auditor with direct access to its records to comply with the Court's Audit Order; and (2) impose monetary sanctions on Defendants. [Docket No. 63]. The District Court entered an Order Accepting Findings and Recommendation of United States Magistrate Judge on December 12, 2018. [Docket No. 67 (collectively, "Audit Orders")]. To date, Defendants have not complied with the Audit Orders.

Upon review of Plaintiff/Judgment Creditor's Application for Order to Show Cause Why Defendants Should Not Be Adjudged in Civil Contempt and Order Vacating Civil Trial Scheduling Order, and good cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1. Defendant Brian Mathew Skajem, on his own behalf as an individual Defendant and on behalf of Defendant West Coast Structures, Inc., shall appear before the above-entitled Court, on __July 8, 2019__, 2019, at 11:00 a.m./~~p.m.~~, in Courtroom 1 of George E. Brown Federal Building and United States Courthouse, 3470 Twelfth Street, Riverside, CA 92501-3801, and show cause, if any, why an order should not be entered adjudging him and West Coast Structures, Inc. in contempt of court for failing and refusing to obey this Court's orders, and the issuance of a bench warrant for Skajem's arrest and imprisonment until he obeys the Order.

2. The Civil Trial Scheduling Order [Document 70] is vacated, and new dates will be scheduled on the same date as the Order to Show Cause Why Defendants Should Not Be Adjudged In Civil Contempt, in Courtroom 3 of George E. Brown Federal Building and United States Courthouse, 3470 Twelfth Street, Riverside, CA 92501-3801.

DATED: June 19, 2019

JESUS G. BERNAL
United States District Judge

362417.1