UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WEST COAST STRUCTURES, INC., a California corporation dba WESTERN STRUCTURES; BRIAN MATHEW SKAJEM, an individual,<br><br>Defendants. | Case No.: 5:18-cv- 00490 JGB (SPx)<br><br>[Hon. Jesus G. Bernal]<br><br>**[PROPOSED]**<br>**ORDER TO**<br>**SHOW CAUSE RE: CONTEMPT**<br><br>Hearing Date: 9/9/2019<br>Time: 11:00 a.m.<br>Courtroom: 1<br>3470 Twelfth Street,<br>Riverside, CA 92501-3801 |

On July 5, 2018, this Court issued an Order Granting Plaintiff's Interlocutory Order for Accounting and ordered Defendants to produce a list of documents for an audit. ("Audit Order") [Docket No. 24]. The Audit Order also ordered Defendant Brian Mathew Skajem to personally appear at a hearing before Magistrate Judge Sheri Pym regarding Defendants' compliance with the audit. After twos hearings and numerous opportunities to comply with the Audit Order, Magistrate Pym issued her Report and Recommendation on November 16, 2018 ("Sanctions Order), finding that Defendants had <u>not</u> complied with the Audit Order, and recommended that the District

-1-

362417v2

Court: (1) order Defendants to provide Plaintiff's auditor with direct access to its records to comply with the Court's Audit Order; and (2) impose monetary sanctions on Defendants. [Docket No. 63]. The District Court entered an Order Accepting Findings and Recommendation of United States Magistrate Judge on December 12, 2018. [Docket No. 67 (collectively, "Audit Orders")].

On June 17, 2019, Plaintiff filed an Application for an Order requiring Defendants to show cause why he should not be held in contempt of this Court's Audit Orders. [Docket No. 107]. This Court then issued an ORDER TO SHOW CAUSE RE: CONTEMPT AND VACATING CIVIL TRIAL SCHEDULING ORDER on June 19, 2019. [Docket No. 110]. The Court set a hearing for July 8, 2019.

At that hearing, the Court ordered Defendants to provide direct access to the records at the offices of their attorneys, on July 10, 2019. [Docket No. 124]. On August 7, 2019, the parties filed a Joint Status Report re Order to Show Cause (Docket No. 125), in which they presented conflicting views as to whether the prior orders were complied with. Plaintiff now presents evidence as to the failure of Defendants to comply. It is therefore necessary to hold another hearing regarding compliance.

Upon review of Plaintiff's Supplemental Application for Order to Show Cause Why Defendants Should Not Be Adjudged in Civil Contempt, including the supporting papers, and good cause appearing therefor:

IT IS HEREBY ORDERED THAT:

Defendant Brian Mathew Skajem, on his own behalf as an individual Defendant and on behalf of Defendant West Coast Structures, Inc., shall appear before the above-entitled Court, on <u>September 9</u>, 2019, at <u>11:00</u> a.m., in Courtroom 1 of George E. Brown Federal Building and United States Courthouse, 3470 Twelfth Street,

362417v2

1  Riverside, CA 92501-3801, and show cause, if any, why an order should not be
2  entered adjudging him and West Coast Structures, Inc. in contempt of court for failing
3  and refusing to obey this Court's orders, and the issuance of a bench warrant for
4  Skajem's arrest and imprisonment until he obeys the Order.

7  DATED: August 21, 2019

  _____
  JESUS G. BERNAL
  United States District Judge

362417v2