UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 18-00490-JGB (SPx) | Date | October 15, 2019 |
|---|---|---|---|
| Title | Construction Laborers Trust Funds for Southern California Administrative Company v. West Coast Structures, Inc., et al. | | |

| Present: The Honorable | SHERI PYM, United States Magistrate Judge |
|---|---|

| Kimberly I. Carter | CS RS-3 10-15-19 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| J. David Sackman | Daniel J. Tripathi |

**Proceedings:** Evidentiary Hearing on Contempt Motion – Testimony Was Not Given and Motion Was Withdrawn

On June 17, 2019, plaintiff Construction Laborers Trust Funds for Southern California Administrative Company, LLC ("Construction Laborers") filed an application for an order to show cause why defendants Brian Mathew Skajem and West Coast Structures, Inc. should not be held in contempt for their ongoing failure to comply with the court's July 5, 2018 Audit Order. At a July 8, 2019 hearing, the court ordered the parties to meet at the office of defense counsel on July 10, 2019 to produce and review documents. The parties did so meet, and defendant Skajem produced documents and gave plaintiff access to electronic records, but a dispute remained as to whether defendant fully cooperated and complied with the court's order. After further briefing, on September 9, 2019, the court held another hearing on the status of the document production in question, and ordered that the matter be referred to the magistrate judge for an evidentiary hearing.

The matter was set today before the magistrate judge for an evidentiary hearing. The case was called and counsel made their appearances. Defendant Brian Skajem was also eventually present.

At the hearing, the parties informed the court they reached an agreement and an evidentiary hearing would not be needed. In particular, they reported meeting again on October 8, 2019, with plaintiff agreeing defendants had now fully complied with the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 18-00490-JGB (SPx) | Date | October 15, 2019 |
|---|---|---|---|
| Title | Construction Laborers Trust Funds for Southern California Administrative Company v. West Coast Structures, Inc., et al. | | |

court's Audit Order apart from two types of additional information and documents plaintiff requested. Defendant Skajem agreed to provide the additional information and documents. Defendants also disputed that they failed to comply with the Audit Order previously. Although a dispute remains as to whether defendants previously failed to comply with the Audit Order, because the parties agree there is no compliance failure at this time, the parties agreed testimony from the witnesses plaintiff brought to the hearing was not needed, and therefore no evidentiary hearing was held. Plaintiff stated it is withdrawing its contempt motion, but reserved its right to seek monetary sanctions for the previous alleged noncompliance.

00 : 19

Initials of Preparer   KC