# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,

Plaintiff(s)

v.

WEST COAST STRUCTURES, INC., a California corporation dba WESTERN STRUCTURES; BRIAN SKAJEM, an individual,

Defendant(s).

CASE NUMBER: 5:18-cv-00490 JGB (SPx)

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

☐ Plaintiff   ☐ Defendant   ☐ Other

*Name of Party*

to substitute _____ who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

*Street Address*

*City, State, Zip*                     *E-Mail Address*

*Telephone Number*       *Fax Number*      *State Bar Number*

as attorney of record instead of _____

*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**   ☐ GRANTED   ☒ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   October 28, 2019

**DENIED**
BY ORDER OF THE COURT
U. S. District Judge/~~U.S. Magistrate Judge~~

G-01 ORDER (09/17)  **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**