# DENIED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware LLC <br> Plaintiff(s) <br> v. <br> West Coast Structures, Inc., California corporation dba Western Structures; Brian Skajem, an individual <br> Defendant(s) | CASE NUMBER <br><br> 5:18-cv-00490 JGB (SPx) <br><br> (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

West Coast Structures, et al     ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute   **Brian Mathew Skajem**   who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☒ Pro Se

1717 Old Bridge Rd
*Street Address*

Riverside, Ca 92506                     brianws4300@sbcglobal.net
*City, State, Zip*                      *E-Mail Address*

(909) 772-1749
*Telephone Number*        *Fax Number*        *State Bar Number*

as attorney of record instead of  Daniel J Tripathi and Cal-Lawyer Professional Law Corporation
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby    ☐ GRANTED    ☒ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  November 13, 2019

U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (09/17)     (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

Thu, 7 Nov 2019 17:26:38