JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, | Case No.: 5:18-cv-00490-JWH-SPx |
| | Hon. John W. Holcomb |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| WEST COAST STRUCTURES, INC., a California corporation dba WESTERN STRUCTURES; BRIAN MATHEW SKAJEM, an individual, | |
| Defendants. | |

Pursuant to this Court's Order Granting Plaintiff's Motion for Summary Judgment of September 10, 2020,[1] and the Order Granting Plaintiff's Motion for Attorney Fees and Costs of November 3, 2020,[2] **JUDGMENT** is hereby entered as follows:

---

1     Dkt. No. 173.
2     Dkt. No. 183.

394486v2

I.     On the First Claim for delinquent contributions to employee benefit plans, under 29 U.S.C. §§ 185(a), 1132(g)(2), and 1145, in **FAVOR** of Plaintiff Construction Laborers Trust Funds For Southern California Administrative Company, and **AGAINST** Defendant West Coast Structures, Inc., dba Western Structures (Employer), arising in the period of September 2012 through May 2018, for:

| | |
|---|---|
| Contributions: | $248,063.64 |
| Interest | $ 97,360.36 |
| Liquidated Damages | $340,288.79 |
| Audit Costs | $ 21,400.00 |
| **TOTAL:** | **$707,112.79** (exclusive of fees and costs) |

II.    The Second Claim is **DISMISSED** as moot, without prejudice.

III.   On the Third Claim, for violation of fiduciary duties under 29 U.S.C. §§ 1104(a)(1), 1109(a), and 1132(a)(2), in **FAVOR** of Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company, and **AGAINST** Defendant West Coast Structures and Defendant Brian Mathew Skajem, for: Contributions withheld from employee benefit plans,

| | |
|---|---|
| in violation of fiduciary duties: | $248,063.64 |
| Interest on those contributions: | $ 97,360.36 |
| **TOTAL** | **$345,424.00** |

The Judgment on the Third Claim is joint and several, and not cumulative, with the Judgment on the First Claim.

IV.   In addition, as to all Defendants, jointly and severally:  For attorneys' fees and costs, pursuant to Agreements and 29 U.S.C. §§ 1132(g)(2)(D) and 1132(g)(1), in the amount of $316,304.80 fees and $7,356.19 costs, totaling $323,660.99.

**The total Judgment is therefore $707,112.79 against West Coast Structures, Inc., dba Western Structures for the first claim; and $669,084.99 against Brian**

394486v2

1  **Mathew Skajem and West Coast Structures, Inc., dba West Coast Structures,**

2  **jointly and severally, for the third claim and the attorneys' fees.**

3      **IT IS SO ORDERED:**

4

5  DATED:  November 12, 2020

6  HON. JOHN W. HOLCOMB
   United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

394486v2